**EDWARDS v. WEST**

[347 N.C. 351 (1997)]

MITCHELL EDWARDS AND WIFE, DAPHNE EDWARDS v. JOSEPH ROBERT WEST
D/B/A CENTURY 21 WEST & COMPANY, AND BOB WEST, INC.

No. 174A97

(Filed 7 November 1997)

Appeal by defendants pursuant to N.C.G.S. § 7A-30(2) from an unpublished decision of a divided panel of the Court of Appeals, 125 N.C. App. 742, 483 S.E.2d 746 (1997), dismissing the appeal from a judgment entered by Bowen, J., on 22 September 1995 in Superior Court, Cumberland County, for failure to include within the record on appeal a certificate of service required pursuant to N.C.R. App. P. 9(a)(1)(i) and 26(a) and (d). On 5 June 1997, the Supreme Court allowed discretionary review of an additional issue. Heard in the Supreme Court 14 October 1997.

*The Yarborough Law Firm, by Garris Neil Yarborough, for plaintiff-appellees.*

*McCoy, Weaver, Wiggins, Cleveland & Raper, P.L.L.C., by Richard M. Wiggins, for defendant-appellants.*

PER CURIAM.

The decision of the Court of Appeals is reversed. *See Hale v. Afro-American Arts International, Inc.*, 335 N.C. 231, 436 S.E.2d 588 (1993).

REVERSED.